Haykanush KILINYAN, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–70604.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 22, 2011.

Homayun F. Zadeh, Law Office of Homayun F. Zadeh, San Francisco, CA, for Petitioner.

OIL, Jessica Eden Sherman, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Haykanush Kilinyan, a native of the former Soviet Union and citizen of Armenia, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's ("IJ") decision denying her application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of due process violations, *Colmenar v. INS,* 210 F.3d 967, 971 (9th Cir.2000), and we deny the petition for review.

Kilinyan contends her due process rights were violated because almost all of

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the IJ's doubts concerning credibility related to a faulty translation of the name of Kilinyan's political party. We reject this argument because the IJ gave other reasons for finding Kilinyan not credible, which were unrelated to the mistranslation, and the BIA relied on these other findings in concluding Kilinyan was not credible. *See Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error and prejudice to prevail on due process challenge).

Apart from this due process contention, Kilinyan does not otherwise challenge the agency's dispositive adverse credibility finding.

**PETITION FOR REVIEW DENIED.**